FILED

07 NOV -1 PM 4:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NERI ISIDRO CARRASCO, aka Milton Morales, Defendant. | Criminal Case No. '07 CR 3007 L<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 1542 - Use of Passport Secured by Fraud; Title 18, U.S.C., Sec. 1028A(a)1 - Aggravated Identity Theft |

The grand jury charges:

Count 1

On or about August 28, 2007, within the Southern District of California, defendant NERI ISIDRO CARRASCO, did willfully and knowingly use passport No. 026444665, issued under the authority of the United States, the issuance of which was secured by reason of a false statement made in the application therefore which falsely stated that NERI ISIDRO CARRASCO was "Milton Morales," a United States citizen born in Puerto Rico on August 19, 1954, which said passport the defendant used to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1542.

ABC:em:San Diego
10/31/07

Count 2

On or about August 28, 2007, within the Southern District of California, defendant NERI ISIDRO CARRASCO, during and in relation to a violation of Title 18, United States Code, Section 1542, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: a United States passport in the name of Milton Morales; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: November 1, 2007.

A TRUE BILL:

[signature]

Foreperson

KAREN P. HEWITT
United States Attorney

By: [signature]
AARON B. CLARK
Assistant U.S. Attorney