FILED
07 NOV -1 PM 4:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3007 L

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. NERI ISIDRO CARRASCO, aka Milton Morales, Defendants. | Criminal Case No. ______ NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Neri Isidro Carrasco, Criminal Case No. 07CR2677-L.

DATED: November 1, 2007.

KAREN P. HEWITT
United States Attorney

[signature]

AARON B. CLARK
Assistant U.S. Attorney