**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, Ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Milton Morales (charged as **Neri Carrasco**)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE M. JAMES LORENZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MILTON MORALES,<br>charged as **NERI CARRASCO**,<br><br>Defendant. | ) | CASE NO. 07cr3007-L<br><br>DATE: January 14, 2007<br>TIME: 2:00 p.m.<br><br>NOTICE OF MOTIONS:<br><br>(1) TO COMPEL DISCOVERY;<br>(2) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; AND,<br>(3) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on January 14, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Milton Morales, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

**MOTIONS**

The defendant, Milton Morales, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery;
3) to dismiss the indictment due to misinstruction of the grand jury; and,
3) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

/s/ Robert H. Rexrode

Dated: December 11, 2007

**ROBERT H. REXRODE, III**
Attorneys for Mr. Morales
robert_rexrode@rexrodelawoffices.com