**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, Ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Milton Morales (charged as **Neri Carrasco**)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE M. JAMES LORENZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MILTON MORALES,<br>charged as **NERI CARRASCO**,<br><br>Defendant. | ) | CASE NO. 07cr3007-L<br><br>DATE: March 10, 2008<br>TIME: 9:00 a.m.<br><br>NOTICE OF MOTION:<br><br>(1) TO DISMISS COUNT ONE AS IS DUPLICITOUS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 10, 2008, at 9:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Milton Morales, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motion.

**MOTION**

The defendant, Milton Morales, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) dismissing count one as duplicitous.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that

may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: February 18, 2008

/s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorneys for Mr. Morales
robert_rexrode@rexrodelawoffices.com