**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Milton Morales (charged as **Neri Carrasco**)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE M. JAMES LORENZ**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MILTON MORALES,<br>charged as **NERI CARRASCO**,,<br><br>Defendant. | ) | CASE NO. 07cr3007-L<br><br><br><br>PROOF OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

Christopher M. Alexander, Assistant United States Attorney
Christopher.M.Alexander@usdoj.gov efile.dkt.gc2@usdoj.gov

Respectfully submitted,

/s/ Robert H. Rexrode

Dated: February 18, 2008

**ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com