**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, Ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Milton Morales (charged as **Neri Carrasco**)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE M. JAMES LORENZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MILTON MORALES,<br>charged as **NERI CARRASCO**,<br><br>Defendant. | CASE NO. 07cr3007-L<br><br>DATE: March 10, 2008<br>TIME: 9:00 a.m.<br><br>NOTICE OF MOTIONS IN LIMINE AND MOTIONS IN LIMINE:<br><br>(1) TO EXCLUDE EVIDENCE OF PRIOR ARREST<br>(2) TO EXCLUDE EVIDENCE OF REASON FOR REFERRAL TO SECONDARY<br>(3) TO EXCLUDE EVIDENCE UNDER 404(b)<br>(4) FOR ATTORNEY CONDUCTED VOIR DIRE |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Milton Morales, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Milton Morales, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) excluding evidence of prior arrest;
2) excluding evidence of reason for referral to secondary
3) excluding evidence under Rule 404(b); and,
4) for attorney conducted voir dire.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

/s/ Robert H. Rexrode

Dated: February 19, 2008

**ROBERT H. REXRODE, III**
Attorneys for Mr. Morales
robert_rexrode@rexrodelawoffices.com